Court of Arecibo. Motion to dismiss appeal. Decided December 2, 1907. Appeal dismissed by reason of failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of this Court. *Mr. Santoni* for petitioner. *Suliveres* for respondent.

---

No. 219. COLÓN *v.* ROIG.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided December 10, 1907. Motion overruled. *Messrs. Hartzell and Rodríguez Serra* for petitioner. *Mr. Hernández López* for respondent.

---

No. 182. SILVA *v.* SALAMANCA ET AL.—Appeal from the District Court of Guayama. Motion to attach statement of facts to the record. Decided December 20, 1907. Motion overruled. *Mr. Celestino Dominguez* for petitioner. *Mr. Nadal Santa Coloma* for respondent.

---

No. 224. OBRER ET AL. *v.* LLINÁS, ROSELLÓ & Co.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided December 23, 1907. Appeal dismissed by reason of failure to comply with provisions of section 50 of the Rules of this court. *Mr. Bosch* for petitioner. *Mr. López Landrón* for respondent.